IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Loretta A. Siracusa ) | Case No.: 18-20762 JAD |
| ) | Chapter 13 |
|     Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| Lakeview Loan Servicing LLC ) | |
| ) | |
|     Respondent(s) ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON TRUSTEE'S MOTION TO PRECLUDE POSTPETITION MORTGAGE FEES,
EXPENSES AND CHARGES**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than April 22, 2019, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    A hearing will be held on May 1, 2019, at 11:00 a.m. by Judge Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

3-21-2019
date

/s/Ronda J. Winnecour)

Ronda J. Winnecour (PA I.D. 30399)
Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com