IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Loretta A. Siracusa<br><br>    Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>    Vs.<br>Lakeview Loan Servicing LLC<br><br>    Respondent(s) | Case No.: 18-20762 JAD<br>Chapter 13<br><br><br>Related to Doc. #29<br><br><br>**DEFAULT O/E JAD** |

ORDER

AND NOW, this __26th__ day of __April__, 2019, upon consideration of Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that the charges requested in the Notices of Postpetition Mortgage Fees, Expenses and Charges are disallowed.  It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges not later than 60 days from the date of this Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed and will not be reassessed.  It is also

ORDERED that the creditor provide a full and comprehensible loan history from the inception of the loan and a payoff statement as of May, 2019.   It is further

ORDERED that in the event that the creditor chooses to withdraw the Notices of Postpetition Mortgage Fees, Expenses and Charges, the Respondent must provide proof, at the time of the withdrawal, that the records have been corrected to show that there are no charges for the amounts claimed in the Notices.  It is further

ORDERED that no additional charges will be assessed for defending the objection or for compliance with this Order.

BY THE COURT:

_____ sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
4/26/19 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA