IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Loretta A. Siracusa ) | Case No.: 18-20762 JAD |
| ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| Lakeview Loan Servicing LLC ) | |
| ) | |
|     Respondent(s) ) | |

## TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS

AND NOW, Ronda J. Winnecour, Standing Chapter 13 Trustee for the Western District of Pennsylvania, reports, as follows:

1. This case was filed on March 1, 2018.

2. Lakeview Loan Servicing LLC filed a Notice of Postpetition Mortgage Fees, Expenses and Charges, on June 27, 2018.

3. The Chapter 13 Trustee filed a Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges on March 21, 2019.

4. No response was filed to the Trustee's Objection.

5. On April 26, 2019, this Honorable Court entered an order disallowing the charges in the Notice filed on June 27, 2018. The order required the Respondent to provide proof that the records have been adjusted to remove the disallowed charges not later than 60 days from the date of the Order. The proof was to include a notarized affidavit by a corporate officer reflecting that the charges have been removed. It further ordered the Respondent to provide a full and comprehensible loan history from the inception of the loan and a payoff statement as of May, 2019.

6. The Respondent failed to comply with the April 26, 2019 order.

7. The Respondent's failure to comply with the April 26, 2019 Order of Court has been burdensome and onerous.

WHEREFORE, the Trustee requests that this Honorable Court issue an order that compels the Respondent to comply with the April 26, 2019 Order of Court. The Trustee further requests that this Honorable Court order sanctions in favor of the Office of the Chapter 13 Trustee in the amount of $500.00 or such other amount that this Honorable Court deems appropriate.

Respectfully Submitted,

June 28, 2019                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com