**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>　　Loretta A. Siracusa<br><br>　　　　　Debtor(s)<br>---------------------------------------------<br>Ronda J. Winnecour, Chapter 13 Trustee<br><br>　　　　　Movant(s)<br><br>vs.<br><br>Lakeview Loan Servicing LLC<br><br>　　　　　Respondent(s) | Chapter 13<br><br>Case No. 18-20762-JAD<br><br>Related to Document No. 34 and 35<br><br>Document No. 42<br><br>Hearing Date and Time: August 7, 2019 at 11:00 a.m.<br><br>Response due: July 29, 2019 |

**ANSWER OF LAKEVIEW LOAN SERVICING LLC IN OPPOSITION TO THE TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS**

AND NOW, comes the Respondent, Lakeview Loan Servicing LLC (hereinafter, "Respondent"), by and through its Counsel, Stern & Eisenberg PC, and respectfully requests the Court deny the Chapter 13 Trustee's Motion to Compel and for Sanctions (hereinafter, the "Motion") and in response thereto avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied as the referenced Order of Court is a document, in writing, that speaks for itself without need for further characterization.

6. Denied, in part. Respondent will have provided to the Chapter 13 Standing Trustee all necessary documentation prior to the hearing in satisfaction of the Order of April 26, 2019.

7. The averment contains conclusions of law to which no response is required. To the extent that a response is required, Respondent incorporates its statements in paragraph 6.

WHEREFORE, Respondent Lakeview Loan Servicing LLC respectfully requests that this Honorable Court enter an Order denying the Chapter 13 Trustee's Motion to Compel and for Sanctions as moot.

Respectfully submitted,

STERN & EISENBERG PC

/s/ Steven P. Kelly
Steven P. Kelly, Esquire
PA ID #308573
skelly@sterneisenberg.com
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, Pa  18976
(215) 572-8111

Date: July 29, 2019                                Counsel for Respondent