# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

  Debtor: LORETTA A. SIRACUSA
  Case Number: 18-20762-JAD      Chapter: 13
  Date / Time / Room: WEDNESDAY, AUGUST 07, 2019 11:00 AM   COURTROOM D
  Bankruptcy Judge: JEFFERY A. DELLER
  Courtroom Clerk: JEFF FURIS
  Reporter / ECR: N/A

**Matter:**

Motion To Compel And For Sanction v. Lakeview Loan Servicing, LLC filed by Ronda J. Winnecour, Chapter 13 Trustee - Response Filed by Lakevew on 7/29/2019 at Doc. # 42
R / M #: 34 / 0

**Appearances:**

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Charles Grudowski, Esq.
CREDITOR: Steven Kelly, Esq. / R. chak

FILED
8/7/19 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

___ Motion is GRANTED / (DENIED) moot
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ___ To Conciliation Conference For _____ at
         _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

\* ORDER

The Motion is moot.

*/s/ Jeffery A. Deller*  8-7-2019
JEFFERY A. DELLER
U.S. Bankruptcy Judge