IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Loretta A. Siracusa | : | Bankruptcy No. 18-20762-JAD |
|---|---|---|---|
| | Debtor(s) | : | |
| | | : | Chapter 13 |
| | Loretta A. Siracusa | : | |
| | Movant(s) | : | |
| v. | | : | |
| | | : | |
| | Ronda J. Winnecour, | : | |
| | Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor(s) have made all payments required by the Chapter 13 Plan.

2. The Debtor(s) are not required to pay any Domestic Support Obligations.

3. The Debtor(s) are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 28, 2023, at docket number 18-20762-JAD, Debtor(s) complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 28, 2023

By: /s/Charles J. Grudowski
Charles J. Grudowski, Esquire
Counsel for Debtor
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Phone: (412) 904-1940
Email: CJG@GrudowskiLaw.com
Bar I.D. and State of Admission: 91231-PA

**PAWB Local Form 24 (07/13)**