**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Loretta A. Siracusa**
**dba Martine Books & Illustration**
  Debtor(s)

Bankruptcy Case No.: 18−20762−JAD

Chapter: 13
Docket No.: 79 − 78

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of August, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/16/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/25/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/16/23.**

                                                         Jeffery A. Deller
                                                         United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20762-JAD |
| Loretta A. Siracusa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 28, 2023 | Form ID: 408 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loretta A. Siracusa, 271 Woodall Ave, North Huntington, PA 15642-4246 |
| 14783609 | + | Columbine Federal Credit Union, 4902 E Dry Creek Rd, Littleton, CO 80122-3700 |
| 14858961 | + | Columbine Federal Credit Union, 4902 E. Dry Creek Rd., Centennial, CO 80122-3700 |
| 14783611 | | Fabrizio L. Siracusa, 271 Woodall Ave, North Huntinton, PA 15642-4246 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | ^ | MEBN | Aug 28 2023 23:30:26 | LAKEVIEW LOAN SERVICING LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14783605 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:37:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14783607 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 23:39:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14783608 | + | Email/Text: accountmanagement@columbinefcu.org | Aug 28 2023 23:36:00 | Columbine Federal Cr U, 2305 E Arapahoe Rd, Centennial, CO 80122-1538 |
| 14817149 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2023 00:02:59 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14783610 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2023 00:03:04 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14983519 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14783606 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2023 23:41:03 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14830778 | ^ | MEBN | Aug 28 2023 23:29:19 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14783612 | | Email/Text: camanagement@mtb.com | Aug 28 2023 23:37:00 | M & T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14826480 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14783613 | + | Email/PDF: pa_dc_claims@navient.com | Aug 29 2023 00:02:24 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14814195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 23:40:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 408 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14809023 | Email/Text: bkyelectnotices@trelliscompany.org | Aug 28 2023 23:36:00 | Navient Solutions, LLC. on behalf of, Texas Guaranteed Student Loan Corporatio, DBA Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 14800517 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2023 23:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14783614 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2023 23:38:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 14783615 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2023 23:38:00 | Us Bank Hogan Loc, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023                     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Loretta A. Siracusa cjg@grudowskilaw.com admin@grudowskilaw.com |
| Christopher M. McMonagle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| William E. Miller | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC william.miller@padgettlawgroup.com wedwardmiller@gmail.com |

TOTAL: 8