**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LORETTA A. SIRACUSA <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>    vs. <br> No Respondents. | Case No.:18-20762 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/01/2018 and confirmed on 4/24/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,150.00 |
| Less Refunds to Debtor | 52.83 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,097.17 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,650.00 | |
|   Trustee Fee | 1,749.85 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,399.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9317 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR' | 0.00 | 23,626.89 | 0.00 | 23,626.89 |
|     Acct: 5544 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR' | 7.49 | 7.49 | 0.00 | 7.49 |
|     Acct: 5544 | | | | |
| | | | | 23,634.38 |
| **Priority** | | | | |
|   CHARLES J GRUDOWSKI ESQ(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LORETTA A. SIRACUSA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LORETTA A. SIRACUSA | 52.83 | 52.83 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRUDOWSKI LAW ASSOCIATES PC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRUDOWSKI LAW ASSOCIATES PC(*) | 2,650.00 | 2,650.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9317 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,544.57 | 1,180.09 | 0.00 | 1,180.09 |
|     Acct: 3506 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7316 | | | | |
|   COLUMBINE FCU | 7,449.21 | 2,480.07 | 0.00 | 2,480.07 |
|     Acct: 5257 | | | | |
|   COLUMBINE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1602 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,383.00 | 460.44 | 0.00 | 460.44 |
|     Acct: 8421 | | | | |
|   NAVIENT SOLUTIONS INC O/B/O TEXAS G | 11,798.55 | 3,901.42 | 0.00 | 3,901.42 |

18-20762 JAD                                                                                   Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 5257 | | | | |
| US BANK NA** | 2,886.77 | 961.09 | 0.00 | 961.09 |
|     Acct: 6834 | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3033 | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3531 | | | | |
| MIDLAND FUNDING LLC | 239.77 | 79.83 | 0.00 | 79.83 |
|     Acct: 5700 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8421 | | | | |
| FABRIZIO SIRACUSA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 9,062.94 |

TOTAL PAID TO CREDITORS                                                                 32,697.32

TOTAL CLAIMED
PRIORITY            0.00
SECURED             7.49
UNSECURED      27,301.87

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   LORETTA A. SIRACUSA

   Debtor(s)

Ronda J. Winnecour
   Movant
   vs.
No Repondents.

Case No.:18-20762 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20762-JAD |
| Loretta A. Siracusa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Aug 28, 2023      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loretta A. Siracusa, 271 Woodall Ave, North Huntington, PA 15642-4246 |
| 14783609 | + | Columbine Federal Credit Union, 4902 E Dry Creek Rd, Littleton, CO 80122-3700 |
| 14858961 | + | Columbine Federal Credit Union, 4902 E. Dry Creek Rd., Centennial, CO 80122-3700 |
| 14783611 | | Fabrizio L. Siracusa, 271 Woodall Ave, North Huntinton, PA 15642-4246 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | ^ | MEBN | Aug 28 2023 23:30:27 | LAKEVIEW LOAN SERVICING LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14783605 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:37:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14783607 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 23:39:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14783608 | + | Email/Text: accountmanagement@columbinefcu.org | Aug 28 2023 23:36:00 | Columbine Federal Cr U, 2305 E Arapahoe Rd, Centennial, CO 80122-1538 |
| 14817149 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 23:40:38 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14783610 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2023 00:02:43 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14983519 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14783606 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2023 00:02:37 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14830778 | ^ | MEBN | Aug 28 2023 23:29:21 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14783612 | | Email/Text: camanagement@mtb.com | Aug 28 2023 23:37:00 | M & T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14826480 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14783613 | + | Email/PDF: pa_dc_claims@navient.com | Aug 29 2023 00:31:30 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14814195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2023 00:03:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| | | | |
|---|---|---|---|
| 14809023 | Email/Text: bkyelectnotices@trelliscompany.org | Aug 28 2023 23:36:00 | Navient Solutions, LLC. on behalf of, Texas Guaranteed Student Loan Corporatio, DBA Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 14800517 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2023 23:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14783614 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2023 23:38:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 14783615 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2023 23:38:00 | Us Bank Hogan Loc, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Loretta A. Siracusa cjg@grudowskilaw.com admin@grudowskilaw.com |
| Christopher M. McMonagle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| William E. Miller | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC william.miller@padgettlawgroup.com wedwardmiller@gmail.com |

TOTAL: 8