| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Loretta A. Siracusa <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5257 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–20762–JAD | |

# Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Loretta A. Siracusa
> dba Martine Books & Illustration

10/17/23                                                                    **By the court:** Jeffery A. Deller
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 18-20762-JAD

Loretta A. Siracusa                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                 User: auto                                 Page 1 of 3

Date Rcvd: Oct 17, 2023                         Form ID: 3180W                          Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loretta A. Siracusa, 271 Woodall Ave, North Huntington, PA 15642-4246 |
| 14783609 | + | Columbine Federal Credit Union, 4902 E Dry Creek Rd, Littleton, CO 80122-3700 |
| 14858961 | + | Columbine Federal Credit Union, 4902 E. Dry Creek Rd., Centennial, CO 80122-3700 |
| 14783611 | | Fabrizio L. Siracusa, 271 Woodall Ave, North Huntinton, PA 15642-4246 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 18 2023 04:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2023 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 18 2023 04:02:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2023 00:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: Q3G.COM | Oct 18 2023 04:02:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | ^ | MEBN | Oct 18 2023 00:04:02 | LAKEVIEW LOAN SERVICING LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14783605 | + | EDI: TSYS2 | Oct 18 2023 04:02:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14783607 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 18 2023 00:15:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14783608 | + | Email/Text: accountmanagement@columbinefcu.org | Oct 18 2023 00:14:00 | Columbine Federal Cr U, 2305 E Arapahoe Rd, Centennial, CO 80122-1538 |
| 14817149 | | EDI: CITICORP.COM | Oct 18 2023 04:02:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14783610 | | EDI: CITICORP.COM | Oct 18 2023 04:02:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14983519 | | EDI: Q3G.COM | Oct 18 2023 04:02:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14783606 | | EDI: JPMORGANCHASE | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2023 | Form ID: 3180W | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14830778 | ^ | MEBN | Oct 18 2023 04:02:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14783612 | | Email/Text: camanagement@mtb.com | Oct 18 2023 00:04:16 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14826480 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2023 00:14:00 | M & T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14783613 | + | EDI: NAVIENTFKASMSERV.COM | Oct 18 2023 00:14:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14814195 | | EDI: PRA.COM | Oct 18 2023 04:02:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14809023 | | Email/Text: bkyelectnotices@trelliscompany.org | Oct 18 2023 04:02:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| | | | Oct 18 2023 00:14:00 | Navient Solutions, LLC. on behalf of, Texas Guaranteed Student Loan Corporatio, DBA Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 14800517 | | EDI: USBANKARS.COM | Oct 18 2023 04:02:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14783614 | | EDI: USBANKARS.COM | Oct 18 2023 04:02:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 14783615 | | EDI: USBANKARS.COM | Oct 18 2023 04:02:00 | Us Bank Hogan Loc, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Loretta A. Siracusa cjg@grudowskilaw.com admin@grudowskilaw.com |
| Christopher M. McMonagle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Oct 17, 2023 | Form ID: 3180W | Total Noticed: 24

Maria T. Capiral
    on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com

William E. Miller
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC william.miller@padgettlawgroup.com wedwardmiller@gmail.com

TOTAL: 8