**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
LORETTA A. SIRACUSA

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20762 JAD

Chapter 13

Related to ECF No. 78

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 17th day of October, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/17/23 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER   jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Loretta A. Siracusa  
    Debtor

Case No. 18-20762-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Oct 17, 2023     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loretta A. Siracusa, 271 Woodall Ave, North Huntington, PA 15642-4246 |
| 14783609 | + | Columbine Federal Credit Union, 4902 E Dry Creek Rd, Littleton, CO 80122-3700 |
| 14858961 | + | Columbine Federal Credit Union, 4902 E. Dry Creek Rd., Centennial, CO 80122-3700 |
| 14783611 | | Fabrizio L. Siracusa, 271 Woodall Ave, North Huntinton, PA 15642-4246 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2023 00:14:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | ^ | MEBN | Oct 18 2023 00:04:03 | LAKEVIEW LOAN SERVICING LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14783605 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 18 2023 00:14:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14783607 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 18 2023 00:15:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14783608 | + | Email/Text: accountmanagement@columbinefcu.org | Oct 18 2023 00:14:00 | Columbine Federal Cr U, 2305 E Arapahoe Rd, Centennial, CO 80122-1538 |
| 14817149 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 00:10:08 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14783610 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 00:20:29 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14983519 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2023 00:14:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14783606 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2023 00:20:19 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14830778 | ^ | MEBN | Oct 18 2023 00:04:16 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14783612 | | Email/Text: camanagement@mtb.com | Oct 18 2023 00:14:00 | M & T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 14826480 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2023 00:14:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14783613 | + | Email/PDF: pa_dc_claims@navient.com | Oct 18 2023 00:10:08 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14814195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2023 00:08:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| | | | |
|---|---|---|---|
| 14809023 | Email/Text: bkyelectnotices@trelliscompany.org | Oct 18 2023 00:14:00 | Navient Solutions, LLC. on behalf of, Texas Guaranteed Student Loan Corporatio, DBA Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 14800517 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2023 00:14:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14783614 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2023 00:14:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 14783615 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2023 00:14:00 | Us Bank Hogan Loc, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Loretta A. Siracusa cjg@grudowskilaw.com admin@grudowskilaw.com |
| Christopher M. McMonagle | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| William E. Miller | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC william.miller@padgettlawgroup.com wedwardmiller@gmail.com |

TOTAL: 8