# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Loretta A. Siracusa dba Martine Books & Illustration**<br>                                    **Debtor(s)** | **BK NO. 18-20762 JAD**<br><br>**Chapter 13** |
| **LAKEVIEW LOAN SERVICING LLC**<br>                                    **Movant**<br>**vs.**<br><br>**Loretta A. Siracusa dba Martine Books & Illustration**<br>                                    **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                                    **Trustee** | **Related to Claim No. 7** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Loretta A. Siracusa dba Martine Books & Illustration
271 Woodall Avenue
North Huntingdon, PA 15642

Attorney for Debtor(s)
Charles J. Grudowski, Esq.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: November 9, 2022

**/s/ Brian C. Nicholas**
Brian C. Nicholas, Esq.
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com